_____



SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: July 10, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MICHAEL WILLIAM KIRTLEY | CASE NO. 1200624EE |
| LEIGH LANEY KIRTLEY | |

A & M INVESTMENTS, LLC, SUREKHA PATEL
AND TRISHAN, LLC

VS.                                             ADVERSARY NO. 120079EE

MICHAEL WILLIAM KIRTLEY AND
LEIGH LANEY KIRTLEY

### FINAL JUDGMENT
### ON THE *COMPLAINT OBJECTING TO*
### *DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND*
### *DISCHARGEABILITY PURSUANT TO 11 U.S.C. § 523*

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and Dischargeability Pursuant to 11 U.S.C. § 523* (Adv. Dkt. #1) filed by A & M Investments, LLC, Surekha Patel and Trishan, LLC is not well-taken and is hereby dismissed with prejudice.

##END OF JUDGMENT##